## MCCARTHY *v.* STATE OF INDIANA.

[No. 13,622.   Filed April 4, 1929.]

*Guy W. Dausman*, for appellant.

*Arthur L. Gilliom*, Attorney-General, and *Harry L. Gause*, Deputy Attorney-General, for the State.

NEAL, J.—Affirmed, on authority of *Villa* v. *State* (1929), *ante* 49, 165 N. E. 771.

## MCKINNEY *v.* STATE OF INDIANA.

[No. 13,704.   Filed April 5, 1929.]

*Hovey C. Kirk* and *Clyde McGary*, for appellant.

NEAL, J.—Appeal dismissed, on the authority of *Dudley* v. *State* (1928), 200 Ind. 398, 161 N. E. 1.